IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:20-cr-00181-JAM |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| TYLER JEFFERY COMBS, | ) | |
| Defendant. | ) | |

    The court ordered panel counsel appointed in court on March 9, 2021. CJA Panel attorney Clemente Jimenez is hereby appointed effective January 12, 2021, the date the Office of the Federal Defender contacted him.

Dated: March 11, 2021              /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE