CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for TYLOR COMBS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-181 JAM |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| TYLOR COMBS, et al. | DATE:  March 16, 2021 |
| Defendants. | TIME:   9:30 a.m. |
| | JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Adrian Kinsella, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Tylor Combs, that the hearing in this matter to address status of counsel, currently scheduled for March 16, 2021, at 9:30 a.m., be vacated, and that the matter be continued to this court's criminal calendar on April 20, 2021, at 9:30 a.m. for further status conference.  The co-defendants in this matter are currently scheduled for status conference on April 20, 2021.  Counsel for Mr. Combs has just been appointed attorney of record and will require time to review discovery, conduct investigation, as necessary, and confer with Mr. Combs.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

4), from the date of the parties' stipulation, March 12, 2021, through April 20, 2021, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:        March 12, 2021            /S/      Adrian Kinsella
                                         McGREGOR SCOTT
                                         by ADRIAN KINSELLA
                                         Attorney for Plaintiff

                                         /S/      Clemente M. Jiménez
                                         CLEMENTE M. JIMÉNEZ
                                         Attorney for Tylor Combs


### ORDER

        IT IS SO ORDERED, that the status of counsel hearing in the above-entitled matter, scheduled for March 16, 2021, at 9:30 a.m., be vacated and the matter continued for further status conference on April 20, 2021, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, March 12, 2021, through April 20, 2021, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED:  March 15, 2021            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE